1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10 ANTOINE DAVIS,                           )      Civil No. 08cv2100 JAH (RBB)
                                            )
11              Petitioner,                 )      **ORDER DENYING MOTION FOR**
   v.                                       )      **CERTIFICATE OF APPEALABILITY**
12                                          )
   M.A. SMELOSKY, Warden                    )
13                                          )
                Respondent.                 )
14  _____        )

15        On November 11, 2008, Petitioner, appearing *pro se* filed a motion for enlargement

16 of time to file petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  This

17 Court denied the motion without prejudice upon finding the Court is without jurisdiction

18 to extend the one-year statute or limitations of 28 U.S.C. § 2244(d)(1)(A)-(D).   On

19 December 8, 2008, Petitioner filed a notice of appeal (Doc. No. 3) and motion for a

20 certificate of appealability (Doc. No. 4).

21        A certificate of appealability is authorized "if the applicant has made a substantial

22 showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  To meet this

23 threshold showing, a petitioner must show : (1) the issues are debatable among jurists of

24 reason; or (2) that a court could resolve the issues in a different manner; or (3) that the

25 questions are adequate to deserve encouragement to proceed further.  Lambright v.

26 Stewart, 220 F.3d 1022, 1024-25 (9th Cir. 2000)(citing Slack v. McDaniel, 529 U.S. 473

27 (2000) and Barefoot v. Estelle, 463 U.S. 880 (1983)).

28  _____

          [1]Petitioner had not filed a petition for writ of habeas corpus.

                                                                        08cv2100

1      Petitioner seeks to appeal the Court's denial of the motion for enlargement of time.

2    He maintains the ruling was erroneous, because he is entitled to a finding of an

3    impediment under section 2244(d)(1)(B) or equitable tolling. This Court finds that a

4    certificate of appealability is not warranted in this instance because the denial of the

5    motion for enlargement of time to file a petition for writ of habeas corpus under the

6    circumstances is not an issue debatable among jurists of reason nor could any other court

7    resolve the issue in a different manner.  <u>Lambright</u>, 220 F.3d at 1024-25.   Accordingly,

8    this Court **DENIES** Petitioner's motion for a certificate of appealability.

9    DATED:  December 10, 2008

10

11                                                    JOHN A. HOUSTON
                                                     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28